IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 OCT 31 P 4: 26

. . . HACKETT,
DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MISC NO. |
| | ) | |
| PREMPLOYER, | ) | |
| DOTHAN, AL, | ) | 1:05mc3267 |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| LUCIUS C. MANNING, | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 1:98CR00153 entered against the defendant, Lucius C. Manning; the last four digits of defendant's Social Security Number are XXX-XX-1247; whose last known address is 130 Sandusky Way, Florence, Alabama 35630, in the above cited action in the amount of $500.00. There is a balance due of $485.00, plus cost of garnishment, as of October 31, 2005.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from October 31, 2005, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

PRemployer
Personnel Resources
Attn: Karen Whitfield
5855 West Main Street
Dothan, AL 36305

DATED: October 31, 2005

        LEURA G. CANARY
        UNITED STATES ATTORNEY

BY: _____
        R. RANDOLPH NEELEY
        ASSISTANT UNITED STATES ATTORNEY
        Bar Number: 9083-E56R
        Attorney for Plaintiff
        Post Office Box 197
        Montgomery, AL 36101
        Telephone:   (334) 223-7280
        Facsimile:   (334) 223-7201
        E-Mail:  rand.neeley@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 1:05mc3267 |
| PREMPLOYER, DOTHAN, AL, | ) |
| Garnishee, | ) |
| LUCIUS C. MANNING, | ) |
| Defendant. | ) |

TO:  PRemployer
     Personnel Resources
     Attn: Karen Whitfield
     5855 West Main Street
     Dothan, AL 36305

INSTRUCTIONS TO THE GARNISHEE

Attached is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody, or control any of the property or funds of the debtor listed therein, or any other property of the debtor. Title 28, United States Code, Section 3205(c)(2)(E) requires that you file a written Answer within 10 days of your receipt of this Writ with the Court and serve a copy of the Answer upon the debtor and counsel for the United States. You are further required to withhold and retain any

property or funds in which the debtor has a substantial non-exempt interest.

1. <u>AMOUNT GARNISHED</u>. The principal amount, rate of interest, starting date of interest and costs are set out in the Writ of Garnishment or Affidavit served upon you. The amount garnished consists of all of these.

2. <u>AMOUNT WITHHELD</u>. Under federal law, 15 U.S.C. Section 1673(a), you should withhold each pay period:

 (a) 25% of disposable earnings each week, or

 (b) the amount by which disposable earnings for the week exceeds thirty times the federal minimum hourly wage,

whichever is less.

3. "<u>DISPOSABLE EARNINGS</u>" means that part of earnings remaining after deduction of any amount required by law to be withheld (such as amount of deductions for social security taxes and withholding taxes, <u>but not</u> court ordered alimony and child support payments which must be included in "disposable earnings"). 15 U.S.C. Section 1672(b); <u>First National Bank v. Hasty</u>, 415 F. Supp. 170 (E.D. Mich, 1976), affirmed 573 F.2d 1310 (6th Cir. 1977).

4. <u>DISBURSEMENT OF WITHHELD AMOUNTS</u>. Each pay period, amounts withheld should be remitted to the Office of the United States District Court.

**Mail Remittances to:**   **Clerk, U. S. District Court**
**Middle District of Alabama**
**Post Office Box 711**
**Montgomery, Alabama 36101**

Your check or money order should be made payable to "Clerk, U. S. District Court." Indicate on each remittance the name of the case, (Lucius C. Manning) and the Court Number 1:98cr00153, so that proper credit will be given.

IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT

AMOUNT OF THE DEBTOR'S PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY FEE IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.

If you have any additional questions, please call Ms. Marsha Tunnell at (334) 223-7280 ex 108, or write to: United States Attorney's Office, Financial Litigation Division, Post Office Box 197, Montgomery, Alabama 36101.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 OCT 31  P 4: 26

T. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 1:05mc3267 |
| PREMPLOYER, DOTHAN, AL, | ) |
| Garnishee, | ) |
| LUCIUS C. MANNING, | ) |
| Defendant. | ) |

## NOTICE OF GARNISHMENT AND INSTRUCTIONS TO DEBTOR

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you on May 11, 1999. The Garnishment was served on PRemployer, garnishee, and it is believed that the garnishee may have property of yours in its custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written Objection to explain why you think these funds are exempt from execution under state or federal law and request a hearing, a Court Order will be entered attaching the funds or property and the funds or property will be applied against the Judgment owed the

United States of America.

Any Objection that you file to contest the Garnishment must be filed in the Office of the Clerk of the United States District Court, Middle District of Alabama, at One Church Street, or Post Office Box 711, Montgomery, Alabama 36101. The Objection must state your reasons for believing that this property is not subject to attachment by the United States of America. A copy of the Objection or other pleadings must also be served on: (1) the United States Attorney for the Middle District of Alabama, One Court Square, Suite 201, or Post Office Box 197, Montgomery, Alabama 36101, and (2) PRemployer, Personnel Resources, Attn: Karen Whitfield, 5855 West Main Street, Dothan, AL 36305.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

LEURA G. CANARY
UNITED STATES ATTORNEY

BY: _____
R. RANDOLPH NEELEY
ASSISTANT UNITED STATES ATTORNEY
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL 36101
Telephone:   (334) 223-7280
Facsimile:   (334) 223-7201
E-Mail:  rand.neeley@usdoj.gov