IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MISC NO. 1:05mc 3267 |
| | ) | |
| | ) | |
| PREMPLOYER, | ) | |
| DOTHAN, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| LUCIUS C. MANNING, | ) | |
| | ) | |
| Defendant. | ) | |

## WRIT OF GARNISHMENT

GREETINGS TO:    PRemployer
                 Personnel Resources
                 Attn: Karen Whitfield
                 5855 West Main Street
                 Dothan, AL 36305

An Application for a Writ of Garnishment against the property of Lucius C. Manning, defendant, has been filed with this Court. A Judgment has been entered against the above-named defendant in the amount of $500.00. The balance due on the Judgment as of October 31, 2005 is $485.00, plus cost of garnishment.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including

SCANNED

non-exempt, disposal earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly, or monthly.

You must file the original written Answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at: Clerk, U. S. District Court, Middle District of Alabama, One Church Street, Montgomery, Alabama 36101. Additionally, you are required by law to serve a copy of your Answer upon the debtor at: 130 Sandusky Way, Florence, Alabama 35630, and upon the United States Attorney, Post Office Box 197, Montgomery, Alabama 36101.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Debt Collection Notice.

Pursuant to Title 15 U.S.C. §1674, a Garnishee is prohibited from discharging a defendant from employment by reason of the fact that his earnings have been subject to garnishment.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good

cause why you failed to comply with this Writ, the Court may enter a Judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

*Debra P. Hackett*

UNITED STATES, DISTRICT CLERK

BY: _____

Deputy Clerk

## EXEMPTIONS

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the Government if you can show that the exemptions apply. Below is a summary of the major exemptions which apply in most situations in the State of Alabama. You must elect to exempt property listed in either paragraph A or paragraph B:

Paragraph A:

1.    The debtor's aggregate interest, not to exceed $18,450 in value, in real property or personal property that the debtor or a dependent of the debtor uses as a residence, in a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence, or in a burial plot for the debtor or a dependent of the debtor.

2.    The debtor's interest, not to exceed $2,950 in value, in one motor vehicle.

3.    The debtor's interest, not to exceed $475 in value in any particular item or $9,850 in aggregate value, in household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical instruments, that are held primarily for the personal, family, or household use of the debtor or a dependent of the debtor.

4.    The debtor's aggregate interest, not to exceed $1,225 in value, in jewelry held primarily for the personal, family, or household use of the debtor or a dependent of the debtor.

5.    The debtor's aggregate interest in any property, not to exceed in value $975 plus up to $9,250 of any unused amount of the exemption provided under paragraph (1) of this subsection.

6.    The debtor's aggregate interest, not to exceed $1,850 in value, in any implements, professional books, or tools, of the trade of the debtor or the trade of a dependent of the debtor.

7.    Any unmatured life insurance contract owned by the debtor, other than a credit life insurance contract.

8.    The debtor's aggregate interest, not to exceed in value $9,850 less any amount of property of the estate transferred in the manner specified in section 542(d) of this title [11 USCS § 542(d)], in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the debtor under which the insured is the debtor or an individual of whom the debtor is a dependent.

9.    Professionally prescribed health aids for the debtor or a dependent of the debtor.

10.    The debtor's right to receive -

(a) a social security benefit, unemployment compensation, or a local public assistance benefit;

(b) a veterans' benefit;

(c) a disability, illness, or unemployment benefit;

(d) alimony, support, or separate maintenance, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

(e) a payment under a stock bonus, pension, profitsharing, annuity, or similar plan or contract on account of illness, disability, death, age, or length of service, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor, unless -

(i) such plan or contract was established by or under the auspices of an insider that employed the debtor at the time the debtor's rights under such plan or contract arose;

(ii) such payment is on account of age or length of service; and

(iii) such plan or contract does not qualify under section 401(a), 403(a), 403(b), 408, or 409 of the Internal Revenue Code of 1954 (26 U.S.C. 401(a), 403(a), 403(b), 408, or 409) [26 USCS § 401(a), 403(a), (b), 408, or 409].

11.    The debtor's right to receive, or property that is traceable to -

(a) an award under a crime victim's reparation law;

(b) a payment on account of the wrongful death of an individual of whom the debtor was a dependent, to the extent reasonably necessary for the support  of the debtor and any dependent of the debtor;

(c) a payment under a life insurance contract that insured the life of an individual of whom the debtor was a dependent on the date of such individual's death, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

(d) a payment, not to exceed $18,450, on account of personal bodily injury, not including pain and suffering or compensation for actual pecuniary loss, of the debtor or an individual of whom the debtor is a dependent; or

2

(e) a payment in compensation of loss of future earnings of the debtor or an individual of whom the debtor is or was a dependent, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

**OR**

Paragraph B:

Major Exemptions Under Federal Law:

1.    Social Security benefits and Supplemental Security income (42 U.S.C. §407).

2.    Veterans' benefits  (38 U.S.C. §3101).

2a.   Members of armed services (10 U.S.C. §1440, 38 U.S.C. §562).

3.    Federal civil service retirement benefits (5 U.S.C. §8346 and 22 U.S.C. §4060(c)).

4.    Annuities to survivors of federal judges  (28 U.S.C. §376(n))

5.    Longshoremen and Harborworkers Compensation Act (33 U.S.C. §916).

6.    Black lung benefits (30 U.S.C. §§931(b)(2)(F) and 932(a)).

6a.   Seaman's, master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§1108-1109(a-c).

      Exemptions listed in 1 through 6 above may not be applicable in child support and alimony cases.

6b.   Railroad retirement, pension, unemployment benefits (45 U.S.C. §§231(m), 352(e).

7.    Compensation for war risk hazards (42 U.S.C. §1717).

If you are not a resident of the State of Alabama, there may be different property exemptions available under the laws of the state in which you reside.

If you are {name of judgment debtor], you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions [For a default judgment] or if you think you do not owe the money to the United States Government that it says you do.

3

If you want a hearing, you must promptly notify the court. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at Clerk, U. S. District Court, P. O. Box 711, Montgomery, Alabama 36101. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the court clerk. You must also send a copy of your request to the Government at U. S. Attorney's Office, P. O. Box 197, Montgomery, Alabama 36101, so the Government will know you want a hearing. The hearing will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt [For a default judgment:] or why you think you do not owe the money to the Government. [For a writ of execution:]. If you do not request a hearing within 20 days of receiving this notice your [property] may be sold at public auction and the payment used toward the money you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the court at Clerk, U. S. District Court, P. O. Box 711, or 15 Lee Street, Montgomery, Alabama 36101. You must also send a copy of your request to the Government at U. S. Attorney's Office, P. O. Box 197, Montgomery, Alabama 36101, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

---

_____   I/we request a hearing.

Clerk, U. S. District Court
P. O. Box 711
Montgomery, Alabama 36101

---

4