U.S. Department of Justice  **PROCESS RECEIPT AND RETURN**
United States Marshals Service  See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED 2005 DEC 23 P 2: 14

| PLAINTIFF | United States of America | COURT CASE NUMBER Misc. No. 1:05mc3267 |
|---|---|---|
| DEFENDANT | Lucius C. Manning | TYPE OF PROCESS Writ, Notice Application & Instructions |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lucius C. Manning

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~130 Sandusky Way, Florence, Alabama~~ 35630 (Fathers address)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
Attn: M. Tunnell
PO Box 197
Montgomery, AL 36101

Number of process to be served with this Form - 285: 4
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

→ 6 Templeton Dr Mobile, AL  12/1/05
Cellphone (334) 618-4001
Wife's name - Angela Manning
(256) 777-5076
DUSM B. Norris

UNITED STATES MARSHALS SERVICE MIDDLE DISTRICT ALABAMA 2005 NOV -7 A 8: [?] RECEIVED

Signature of Attorney or other Originator requesting service on behalf of: R. Randolph Neely, AUSA  ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE: 10/31/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 2 | District to Serve No. 1 | Signature of Authorized USMS Deputy or Clerk  K. Chavers  SGM | Date 11-08-05  11/7/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

RETURNED AND FILED

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
JAN 19 2006  JAN -4 [?]
CLERK  CLERK
U.S. DISTRICT COURT  U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.  MIDDLE DIST. OF ALA.

Date of Service | Time | am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $135.00 | $67.90 | 8.00 | $210.[?] | | |

REMARKS: 11/7/05 FWD to N/AL for service  70m o/w = 140 miles R/T
11-15-05 Fwdd to H'ville, AL SGM
(FE) 11-30-05, 1 DUSM 3 hrs (1230 - 3:30pm) 1:30. No one home. Lft card (N/AL)
12-21-05 - Rtnd to N/AL
1/19/06 Per W. Lizotte, subject has moved to Mobile, AL (see special inst above)

SCANNED

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  1/5/06  FORM USM-285 (Rev. 12/15/80)