AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

**BILL OF COSTS**

UNITED STATES OF AMERICA,

v.    Case Number: MISC. NO. 1:05MC3267

LUCIUS C. MANNING

Judgment having been entered in the above-entitled action on __May 18, 1999__ against __Lucius C. Manning__
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena ................................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ......... | |
| Fees and disbursements for printing ....................................................... | |
| Fees for witnesses (itemize on reverse side) ................................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in this case. ................. | |
| Docket fees under 28 U.S.C. 1923. ....................................................... | |
| Costs as shown on Mandate of Court of Appeals .............................................. | |
| Compensation of court-appointed experts ................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | |
| Other costs (please itemize) . . .Notice, Application, Instructions, Writ - plus Documents 3 & 4 .......... | $487.00 |
| TOTAL | $ 487.00 |

SPECIAL NOTE:   Attach to your bill an itemization and documentation for requested costs in all categories.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to: Mr. Lucius C. Manning, 6 Templeton Drive, Mobile, AL ._____.

Signature of Attorney : _____/s/ R. Randolph Neeley_____.

Name of Attorney: R. Randolph Neeley,  Assistant United States Attorney_____.

For: The United States of America                                                                  Date: 01/27/2006        .
     *Name of Claiming Party*

Costs are taxed in the amount of _____$487.00_____ and included in the judgment.

__Debra Hackett__                  By:_____            _____.
*Clerk of Court*                        *Deputy Clerk*                                   *Date*

Case 1:05-mc-03267-MEF    Document 5    Filed 01/30/2006    Page 2 of 2