```
          IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )   MISC. NO. 1:05MC3267
                               )
PREMPLOYER,                    )
DOTHAN, AL,                    )
                               )
          Garnishee            )
                               )
LUCIUS C. MANNING,             )
                               )
          Defendant            )
```

## MOTION TO DISMISS GARNISHMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the Writ of Garnishment issued in the above case against Lucius C. Manning, garnishee, on the ground that the defendant is in bankruptcy.

Respectfully submitted <u>February 16, 2006</u>.

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY


BY:   <u>/S/ R. Randolph Neeley</u>

      R. RANDOLPH NEELEY
      Assistant United States Attorney
      Bar Number: 9083-E56R
      Attorney for Plaintiff
      Post Office Box 197
      Montgomery, AL 36101
      Telephone:    (334) 223-7280
      Facsimile:    (334) 223-7201
      E-Mail:  <u>rand.neeley@usdoj.gov</u>

CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing Motion to Dismiss upon Mr. Lucius C. Manning, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 16th day of February, 2006.

ADDRESS:

Mr. Lucius Manning
755 Chinook Drive
Daleville, AL 36322

Premployer
Personnel Resources
Attn: Karen Whitfield
5855 West Main street
Dothan, AL 36305

                                        /S/ R. Randolph Neeley
                                        ASSISTANT U.S. ATTORNEY