```
        IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) MISC. NO. 1:05MC3267 |
| | ) |
| PREMPLOYER, | ) |
| DOTHAN, AL, | ) |
| | ) |
| Garnishee | ) |
| | ) |
| | ) |
| LUCIUS C. MANNING, | ) |
| | ) |
| Defendant | ) |

## ORDER

_____The Motion of the United States to Dismiss Garnishment filed herein on November 4, 2005, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the garnishment heretofore issued to Premployer, be and the same is hereby dismissed.

DONE this _____ day of _____, 2006.


                                    _____
                                    UNITED STATES DISTRICT JUDGE