```
        IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )
     v.                          )   MISC. NO. KEYBOARD()
                                 )
KEYBOARD(),                      )
KEYBOARD(),                      )
                                 )
          Garnishee              )
                                 )
KEYBOARD(),                      )
                                 )
          Defendant              )
```

MOTION TO DISMISS GARNISHMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the Writ of Garnishment issued in the above case against KEYBOARD(), garnishee, on the ground that the KEYBOARD(reason for dismissal).

Respectfully submitted DATE .

```
                         LEURA G. CANARY
                         UNITED STATES ATTORNEY


                    BY:  /S/ R. Randolph Neeley

                         R. RANDOLPH NEELEY
                         Assistant United States Attorney
                         Bar Number: 9083-E56R
                         Attorney for Plaintiff
                         Post Office Box 197
                         Montgomery, AL 36101
                         Telephone:    (334) 223-7280
                         Facsimile:    (334) 223-7201
                         E-Mail:  rand.neeley@usdoj.gov
```

CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing Motion to Dismiss upon KEYBOARD(), defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the KEYBOARD() day of KEYBOARD(), 200KEYBOARD().

KEYBOARD(ADDRESS)

    /S/ R. Randolph Neeley
    ASSISTANT U.S. ATTORNEY

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   MISC. NO. 1:05MC3267 |
| | ) |
| PREMPLOYER, | ) |
| DOTHAN, AL, | ) |
| | ) |
| Garnishee | ) |
| | ) |
| LUCIUS C. MANNING, | ) |
| | ) |
| Defendant | ) |

## ORDER

The Motion of the United States to Dismiss Garnishment filed herein on November 4, 2005, being considered and understood by the Court, it is the Order of the Court that the same be and it is hereby GRANTED, and the garnishment heretofore issued to Premployer, be and the same is hereby dismissed.

DONE this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE