**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 16, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   United States of America v. Manning et al**

**Case Number:   1:05-mc-03267-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to Docket Entry #6 by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to docket entry  # 6  filed on    February 16, 2006.**

**Parties are also instructed to disregard Docket entry #7 which is hereby STRICKEN as a duplicate docket entry.**