```
         IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA


UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )   MISC. NO. 1:05MC3267
                               )
PREMPLOYER,                    )
DOTHAN, AL,                    )
                               )
          Garnishee            )
                               )
LUCIUS C. MANNING,             )
                               )
          Defendant            )
```

## MOTION TO DISMISS GARNISHMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the Writ of Garnishment issued in the above case against Lucius C. Manning, garnishee, on the ground that the defendant is in bankruptcy.

Respectfully submitted February 16, 2006.

```
                         LEURA G. CANARY
                         UNITED STATES ATTORNEY



                    BY:  /S/ R. Randolph Neeley

                         R. RANDOLPH NEELEY
                         Assistant United States Attorney
                         Bar Number: 9083-E56R
                         Attorney for Plaintiff
                         Post Office Box 197
                         Montgomery, AL 36101
                         Telephone:    (334) 223-7280
                         Facsimile:    (334) 223-7201
                         E-Mail:  rand.neeley@usdoj.gov
```

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing Motion to Dismiss upon Mr. Lucius C. Manning, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 16th day of February, 2006.

ADDRESS:

Mr. Lucius Manning
755 Chinook Drive
Daleville, AL 36322

Premployer
Personnel Resources
Attn: Karen Whitfield
5855 West Main street
Dothan, AL 36305

                      /S/ R. Randolph Neeley
                      ASSISTANT U.S. ATTORNEY