IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC. NO. 1:05MC3267 |
| ) | |
| PREMPLOYER, ) | |
| DOTHAN, AL, ) | |
| ) | |
| Garnishee ) | |
| ) | |
| ) | |
| LUCIUS C. MANNING, ) | |
| ) | |
| Defendant ) | |

### ORDER

_____The Motion of the United States to Dismiss Garnishment (Doc. # 6) filed herein on

February 16, 2006, being considered and understood by the Court, it is the Order of the Court

that the same be and it is hereby GRANTED, and the garnishment heretofore issued to

Premployer, be and the same is hereby DISMISSED.

DONE this the 27th day of Februarey, 2006.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE